1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant DUONG
6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   No. CR 03-40101-DLJ
                                    )
12              Plaintiff,          )   STIPULATION TO MODIFY RELEASE
                                    )   CONDITIONS; [PROPOSED] ORDER
13 vs.                              )
                                    )
14 VINCENT DUONG,                   )
                                    )
15              Defendant.          )
   _____)
16

17      IT IS HEREBY STIPULATED, by and between the parties to this action, that the release

18 conditions in this case be modified such that Mr. Duong may leave the Halfway House and move

19 into a private residence, at the discretion of the Probation Officer. Defense counsel has spoken

20 with Susan Portillo of the San Jose Probation Office, and she approves of this modification.

21

22                                           /s/
   Date   3/16/10                        John Paul Reichmuth
23                                       Assistant Federal Public Defender
                                         Counsel for defendant DUONG
24

25

26

                                              1

Date   3/16/10

/s/
Garth Hire
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures indicated by a "conformed signature (/s/) within this e-filed document.

**ORDER**

  IT IS HEREBY ORDERED that the release conditions in this case be modified such that Mr. Duong may leave the Halfway House and move into a private residence, at the discretion of the Probation Officer.

  IT IS SO ORDERED.

March 17, 2010
Date

LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

2